FILED: August 11, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1581
(8:16-cv-01410-HMH)
_____

PHILLIP WADE GRIMES, Personal Representative of the Estate of O. P. G.

      Plaintiff

v

INNER QUEST INC

      Defendant - Appellant

v

YOUNG LIFE, INC.

      Defendant - Appellee

and

ADVENTURE EXPERIENCES, INC.

      Defendant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Response brief due: 09/22/2017

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>