# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 25, 2017

_____

## DOCKET CORRECTION NOTICE
_____

No. 17-1581,    <u>Inner Quest Inc v. Young Life Inc</u>
                8:16-cv-01410-HMH

TO:    Jack M. Strauch

FILING CORRECTION DUE:  **September 25, 2017**

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event modifier used. Please refile document using the event ***brief filed***, and select the modifier ***response*** as you are filing appellee's response brief, and not an opening/response brief (used only in a cross-appeal).

Michael Radday, Deputy Clerk
804-916-2702